IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40301
Conference Calendar
_____

MARCO ANTONIO ZAPATA, III,

                                        Petitioner-Appellant,

versus

ERNEST CHANDLER, Warden,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:01-CV-125
--------------------
December 12, 2002

Before JOLLY, JONES, and CLEMENT, Circuit Judges.

PER CURIAM:*

    Marco Antonio Zapata, III, federal prisoner # 24879-077,
was convicted of conspiracy to possess with intent to distribute
cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 846 and
sentenced to 360 months in prison.  He appeals the district
court's dismissal of his 28 U.S.C. § 2241 petition, arguing that
his sentence should be vacated under Apprendi v. New Jersey,
530 U.S. 466 (2000) and that his Apprendi claim satisfies the

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

requirements for filing a 28 U.S.C. § 2241 petition under the "savings clause" of 28 U.S.C. § 2255.

This court has recently held that <u>Apprendi</u> does not apply retroactively to cases on collateral review and that an <u>Apprendi</u> claim does not satisfy the requirements for filing a 28 U.S.C. § 2241 petition under the savings clause. <u>See</u> <u>Wesson v. U.S. Penitentiary, Beaumont, TX</u>, 305 F.3d 343, 347-48 (5th Cir. 2002).

Accordingly, the district court's dismissal of Zapata's petition is AFFIRMED.